1  CARNEY R. SHEGERIAN, Bar No. 150461
   CShegerian@Shegerianlaw.com
2  ANTHONY NGUYEN, Bar No. 259154
   anguyen@shegerianlaw.com
3  SHEGERIAN & ASSOCIATES, INC.
   225 Arizona Avenue, Suite 400
4  Santa Monica, California 90401
   Telephone: 310-860-0770
5  Facsimile: 310-860-0771

6  Attorneys for Plaintiff
   YANA ALADJADJIAN

7  (Additional Counsel on Next Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YANA ALADJADJIAN, an individual, | Case No. CV14-01982 – GW (JEMx) |
|---|---|
| Plaintiff, | HONORABLE GEORGE H. WU |
| v. | **[PROPOSED] ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER** |
| CNA INSURANCE COMPANY, a corporate entity; and DOES 1 through 50, Inclusive, | |
| Defendant. | Complaint Filed: April 16, 2013<br>Trial Date: May 5, 2015 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER**     1.

1 NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
2 LITTLER MENDELSON, P.C.
650 California Street
3 20th Floor
San Francisco, CA 94108.2693
4 Telephone: 415.433.1940
Facsimile: 415.399.8490
5
JUDY M. IRIYE, Bar No. 211360
6 jiriye@littler.com
LITTLER MENDELSON, P.C.
7 2049 Century Park East
5th Floor
8 Los Angeles, CA 90067.3107
Telephone: 310.553.0308
9 Fax No.: 310.553.5583
Attorneys for Defendant
10 CONTINENTAL CASUALTY COMPANY
(erroneously sued and served as
11 "CNA INSURANCE COMPANY")

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER       2.

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| YANA ALADJADJIAN, an individual, | Case No. CV14-01982 – GW (JEMx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER** |
| CNA INSURANCE COMPANY, a corporate entity; and DOES 1 through 50, Inclusive, | |
| | Complaint Filed: April 16, 2013 |
| Defendant. | Trial Date: May 5, 2015 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER**　　1.

1  Good cause appearing therefore, the terms of the Parties' Stipulated Protective
2  Order filed on January 20, 2015 are adopted by the Court.  The Parties shall adhere to
3  the terms of the Stipulated Protective Order unless modified or otherwise ordered by
4  the Court.

5  **IT IS SO ORDERED.**

6

7  DATED:  January 26, 2015 _____
8  HON. JOHN E. MCDERMOTT
   UNITED STATES DISTRICT COURT
9  MAGISTRATE JUDGE

10
   Firmwide:131232726.1 026585.1037

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

**[PROPOSED] ORDER GRANTING PARTIES'
STIPULATED PROTECTIVE ORDER**    2.